THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MEI-YING M. IMANAKA [SBN 280472]
mimanaka@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendants
MIDLAND FUNDING, LLC AND
ANGELIQUE ROSS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| TONY GLYNN,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND FUNDING, ET AL., DIV. MANAGER, ANGELIQUE ROSS, PORTFOLIO RECOVERY, ET AL.<br><br>    Defendants. | Case No. 2:16-cv-02678-ODW-SK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANTS MIDLAND FUNDING, LLC AND ANGELIQUE ROSS**<br><br>Judge: Hon. Otis D. Wright II<br><br>Magistrate Judge: Hon. Steve Kim |

1  TO THE COURT:

2      PLEASE TAKE NOTICE that Plaintiff Tony Glynn and Defendants Midland
3  Funding, LLC and Angelique Ross (collectively "Midland Defendants") have
4  agreed to settle all claims in this matter as to Midland Defendants.  The parties
5  expect a dismissal of the Midland Defendants, with prejudice, to be filed within 75
6  days due to Plaintiff's status as a pro se, incarcerated litigant.

7  DATED: February 7, 2018    SOLOMON WARD SEIDENWURM &
8      SMITH, LLP

10     By: *s/Thomas F. Landers*
11     THOMAS F. LANDERS
    MEI-YING M. IMANAKA
12     Attorneys for Defendants
13     MIDLAND FUNDING, LLC AND
    ANGELIQUE ROSS