# United States District Court
# Central District of California

| | |
|---|---|
| TONY GLYNN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br>MIDLAND FUNDING, LLC;<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC; and ANGELIQUE<br>ROSS,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-02678-ODW-SK<br><br>**JUDGMENT IN FAVOR OF DEFENDANT** |

## **JUDGMENT**

Plaintiff Tony Glynn filed his complaint on April 19, 2016. (ECF No. 1.) On February 7, 2018, Plaintiff reached a settlement with defendants Midland Funding Inc. and Angelique Ross, and they were dismissed by the Court on March 5, 2018, with prejudice. (ECF Nos. 38, 40.)

On March 8, 2018, the remaining defendant, Portfolio Recovery Associates, Inc. moved for summary judgment. (ECF No. 42.) The Court denied Portfolio's Motion, without prejudice, on April 27, 2018. (ECF No. 60.) Portfolio filed a

renewed Motion for Summary Judgment on May 9, 2018, and the Court granted it on June 29, 2018. (ECF Nos. 71, 79.)

In light of the Court's Order **GRANTING** Defendant Portfolio Recovery Associates, LLC's Motion for Summary Judgment, ECF No. 79, **IT IS HEREBY ORDERED:**

1. Plaintiff Tony Glynn shall take nothing;
2. Judgment for defendant Portfolio Recovery Associates, LLC;
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

June 29, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**